# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

**In the Matter of:**

**RICHARD BYRON FREDERICKSON and
LYNN ANN FREDERICKSON,**

                **Debtors.**

**Chapter 13**

**Case No. 13-27440-svk**

## NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN
### Pre-Confirmation

Carrie R. Michelson, attorney for Debtors, has filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the court a written request for hearing which shall contain a short and plain statement of the factual and legal basis for the objection. File your written request at:

        Clerk of Bankruptcy Court
        517 E. Wisconsin Avenue
        Room 126
        Milwaukee, WI 53202-4581

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the deadline stated above.

Carrie R. Michelson
**The Michelson Law Office**
617 Sixth St., P.O Box 67
Racine, WI 53403
(262) 638-8400 - phone
(262) 638-1818 - fax
cmichelson@michelsonlawracine.com

You must mail a copy to:    Carrie R. Michelson
**The Michelson Law Office**
P.O. Box 67
Racine, WI 53401-0067

If you or your attorney do not take these steps, the court may decide that you do not oppose that request and may enter an order modifying the plan.

**REQUEST TO MODIFY CHAPTER 13 PLAN**

1. The proponent of this modification is:

    __X__ the Debtors;

    _____ the Chapter 13 Trustee (post-confirmation orders only);

    _____ the holder of an unsecured claim (Name:_____) (post-confirmation orders only);

2. This is a request to modify a Chapter 13 Plan (Select A or B):

    A. _____ post-confirmation;

    B. __X__ pre-confirmation (Select i. or ii.);

    i. _____ Debtors' attorney certifies that the proposed modification does not materially adversely affect creditors (Local Bankruptcy Rule 3015(b)); or

    ii. __X__ Debtors' attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors affected are: (*List creditors*) **Orange Lake Capital Management**

3. The Proponent wishes to modify the Chapter 13 Plan to do the following: *(State generally the purpose of the modification.)*

**State that Debtors are retaining timeshare in Lake Geneva**

4. The reason(s) for the modification is/are: *(State the reasons for the modification.)*

**Correction of Debtors' intentions**

5. Select A. or B.

    A. _____ The Chapter 13 Plan confirmed or last modified on _____ *(date)* is modified as follows: *(State the specific language of the modification.)*

    B. __X__ The unconfirmed Chapter 13 Plan dated June 11, 2013, is modified as follows: *(State the specific language of the modification.)*

> **Debtors will retain and not surrender their interest in the timeshare of Unit #333 at the Holiday Inn in Lake Geneva, Wisconsin.**

All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the event of a conflict between the original Plan and the modification set forth above, the latter shall supercede and control.

6. **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODIFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS**.

**CERTIFICATION**

Complete one of the certifications below:

**OR**

2.  I, Carrie R. Michelson, attorney for Debtors Richard Byron Frederickson and Lynn Ann Frederickson, certify that I have reviewed the modification proposed above with the Debtors, and that the Debtors have authorized me to file it with the court.

_/s/ Carrie R. Michelson_           July 10, 2013
Counsel for the Debtor                   Date

WHEREFORE, the Proponent requests that the court approve the modification to the Chapter 13 Plan as stated herein.

Dated: July 10, 2013, at Racine, Wisconsin

**THE MICHELSON LAW OFFICE**
Attorneys for Proponent/Debtor

By: _/s/ Carrie R. Michelson_
Carrie R. Michelson
State Bar No. 1021193

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

**In the Matter of:**

**RICHARD BYRON FREDERICKSON and
LYNN ANN FREDERICKSON,**

                             Debtors.

Chapter 13

Case No. 13-27440-svk

---

### CERTIFICATE OF SERVICE

**STATE OF WISCONSIN)**
                           **: ss.**
**COUNTY OF RACINE   )**

     Lila Bannister, having been first duly sworn on oath deposes and states that on the date this Certificate of Service was notarized, a copy of:

**NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN
Pre-Confirmation**

was served by Electronic Case Filing or first class mail on the following parties:

| | |
|---|---|
| Mary Grossman<br>Chapter 13 Trustee<br>P. O. Box 510920<br>Milwaukee, WI   53203 | U. S. Trustee<br>UNITED STATES COURTHOUSE<br>5l7 E. Wisconsin Ave. #560<br>Milwaukee, WI  53202 |
| Richard & Lynn Frederickson<br>15134 Washington Avenue<br>Union Grove, WI 53182 | Orange Lake Capital Management.<br>8505 W. Irlo Bronson Memorial Hwy<br>Kissimmee,  FL 34747 |

                                             /s/ *Lila Bannister*

                                             Lila Bannister

Subscribed and sworn to before me on: July 11, 2013

  /s/ *Carrie R. Michelson*
Notary Public, Racine County, WI

My commission is permanent.